# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                      CASE NO. **3:00cr84/LAC**
                                        3:03cv541/LAC/MD

MCKEITH PEARSON

## REFERRAL AND ORDER

Referred to Senior Judge Collier on    March 6, 2008
Type of Motion/Pleading: PETITIONER'S 60(b) MOTION TO REOPEN 28 U.S.C. 2255 MOTION TO VACATE ILLEGAL SENTENCE AND CONVICTION
Filed by: defendant    on 3/5/08    Document 309
(  ) Stipulated/Consented/Joint Pleading
RESPONSES:
_____ on _____ Doc.# _____
_____ on _____ Doc.# _____

                        WILLIAM M. McCOOL, CLERK OF COURT

                        /s/ *C. Justice*
                        Deputy Clerk

## ORDER

Upon consideration of the foregoing, it is ORDERED this 10th day of March, 2008, that:

(a)   The requested relief is **DENIED.**

(b)   Defendant's attempt to relitigate his § 2255 motion over three years after the original motion was denied will not be permitted.

                                    s/*L.A. Collier*
                                    LACEY A. COLLIER
                                    SENIOR UNITED STATES DISTRICT JUDGE

Entered On Docket: _____ By: \_\_
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

                            Document No.