FLN (Rev. 3/2007) Deficiency Order                                                                                    Page 1 of 1
3:00cr84/LAC - UNITED STATES OF AMERICA vs. MCKEITH PEARSON

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    vs                                   Case No.3:00cr84/LAC

MCKEITH PEARSON

## ORDER

Your document, **MOTION TO REDUCE SENTENCE**, was referred to the undersigned with the following deficiencies:

    The document does not have a Certificate of Service as required by Rule 5(b) and (d) of the Federal Rules of Civil Procedure, showing proper service.

    The document is not on plain 8 ½-inch x 11-inch paper as required by N.D. Fla. Loc. R. 5.1(B)(3).

For these reasons, IT IS ORDERED that:

    The submitted hard copy of the document shall be returned by the Clerk without electronic filing. It may be resubmitted after the above noted deficiencies are corrected.

DONE and ORDERED this 16th day of JANUARY, 2009.

                                             *s/L.A. Collier*
                                             LACEY A. COLLIER
                                             SENIOR UNITED STATES DISTRICT JUDGE