# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

   VS            CASE NO.  3:00cr84-03LAC

MCKEITH PEARSON

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on ___January 28, 2009_____

Motion/Pleadings:__MOTION FOR REDUCTION OF SENTENCE PURSUANT TO TITLE 18

U.S.C. § 3582(c)(2)_____

Filed by _DEFENDANT PRO SE_____ on ___1/26/08_____ Doc.# __334_____

RESPONSES:

_____ on _____ Doc.# _____

_____ on _____ Doc.# _____

_____ Stipulated _____ Joint Pldg.

_____ Unopposed _____ Consented

     WILLIAM M. McCOOL, CLERK OF COURT

_____

*s/ Jerry Marbut*

LC (1 OR 2)     Deputy Clerk: Jerry Marbut

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 17th day of April, 2009, that:*

*(a) The relief requested is **DENIED**.*

*(b) At sentencing, the defendant was held accountable by the Court for 43.7 kilograms of* <u>powder</u> *cocaine. Pursuant to Amendment 706 to the Sentencing Guidelines, the amendment only involves cocaine base and no cocaine base was held attributable to the defendant. Therefore he is not eligible for any reduction in his sentence of imprisonment pursuant to Amendment 706.*

_____

*s/L.A. Collier*

**LACEY A. COLLIER**
***Senior United States District Judge***